AO 442 (Rev. 01/09) Arrest Warrant

U.S. DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
FILED
MAR 11 2014
JAMES W. McCORMACK, CLERK
BY: _____ DEPUTY CLERK

# UNITED STATES DISTRICT COURT
for the
Eastern District of Arkansas

| | |
|---|---|
| United States of America<br>v.<br><br>OMAR CANELA-GABRIEL<br>_____<br>Defendant | )<br>)<br>) Case No. 4:14MJ4001-HDY<br>)<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   OMAR CANELA GABRIEL                                                                       ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☑ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

Re-entry after removal in violation of of 8 U.S.C. § 1326(a).

Date: 3-7-14

_____
*Issuing officer's signature*

City and state:   Little Rock, Arkansas                Hon. H. David Young, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 3/7/2014, and the person was arrested on *(date)* 3/11/2014
at *(city and state)* Lonoke, Arkansas.

Date: 3/11/2014

_____
*Arresting officer's signature*

Christopher Brandon, Deportation Officer
*Printed name and title*